**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

MEF:TJS
2004R01353

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

January 22, 2006

By ECF and Facsimile

Michael Rosen, Esq.,
61 Broadway, Suite 1105
New York, NY 10006

Thomas R. Ashley, Esq.
50 Park Place
Suite 1400
Newark, NJ 07102

         Re:    United States v. Michael Spataro and Carmine DeRoss,
                 Criminal Docket No. 04-CR-911 (S-1) (SJ)

Dear Counsel:

       You may pick up the government's 3500 exhibits between 3:00 p.m. and 5:00 p.m. on January 23, 2006 at the reception desk on the 19th floor of One Pierrepont Plaza. If they are not picked up by 5:00 p.m., the government will send them to you via overnight courier. These exhibits are being provided in advance of trial on the following condition: The 3500 exhibits, or copies thereof, will be shown and provided only to the lawyers, and their employees and agents, who are presently working on this case as counsel to Spataro and Carmine DeRoss and to Spataro and Carmine DeRoss themselves – and to no other persons. By accepting advance production of these 3500 exhibits, the defendants and their counsel agree to this condition.

                                     Very truly yours,

                                     ROSLYNN R. MAUSKOPF
                                     United States Attorney

                       By:    /S/ Thomas J. Seigel
                                Thomas J. Seigel
                                Assistant U.S. Attorney

cc: Hon. Sterling Johnson, Jr. (via ecf)