FISCHETTI
& MALGIERI LLP
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
www.fischettilaw.com

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

February 21, 2012

**VIA ECF & HAND DELIVERY**

The Honorable Carol B. Amon
Chief United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: U.S. v. Badalamenti, et al., 12-cr-050(CBA)*

Dear Chief Judge Amon:

    I submit this letter to respectfully request that Your Honor schedule a detention hearing in the above referenced matter for Mr. Badalementi. Specifically, we wish to appeal the Order of Detention which was issued by Magistrate Pollak, on February 15, 2012. In this regard, we have consulted with your courtroom deputy who has advised that the Court is available to hold the hearing on March 5th at 10:30 a.m. and have been advised by the government that it is available at that time as well.

    For the Court's convenience, attached please find a copy of the transcript of the February 13, 2012, detention hearing. We have also requested that Pre-Trial Services forward a copy of their report to Your Honor, but were advised that in order for Pre-Trial Services to do so, that the request must come from the Court's deputy. In this regard, we respectfully request that Your Honor request that Pre-Trial Services provide the Court with a copy of the Pre-Trial Services report for Mr. Badalementi.

Respectfully,

/s/

Ronald P. Fischetti

enclosure