**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

NMA:JD
F.#2011R02050

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 9, 2012

**By ECF**

Defense Counsel

   Re: United States v. Vincent Badalamenti, et. al.
     Criminal Docket No. 12-0050 (S-1)(CBA)

Dear Counsel:

  Please be advised that the government does not intend to introduce at trial during its case-in-chief evidence obtained by law enforcement through the use of a Global Positioning System device in connection with the defendant Badalamenti's vehicle.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York


      By:   /s/
        Jack Dennehy
        Assistant U.S. Attorney
        (718) 254-6133


cc: Clerk of the Court (CBA) (by ECF)