# FISCHETTI
# & MALGIERI LLP
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
www.fischettilaw.com

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

March 13, 2012

<u>Via ECF</u>

Honorable Carol B. Amon
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Vincent Badalamenti</u>
      <u>Criminal Docket No. 12-050 (S-1)(CBA)</u>

Dear Chief Judge Amon:

    I submit this letter as a follow-up to Mr. Fischetti's letter dated March 12, 2012, to provide this Court with an update. As he stated in his letter, he arrived yesterday at the MDC well before the social visiting was to begin. By the time Mr. Badalamenti was produced, he had only a 45 minute legal visit before a guard informed him that a co-defendant's family was awaiting a social visit. The guard informed Mr. Fischetti that he could continue his legal visit for as long as necessary, but the co-defendant would then lose this weekly social visit. Naturally, he curtailed his visit.

    Accordingly, he sent me to continue that meeting today. I arrived at the MDC and was in the visiting room by 9:30 AM. Mr. Badalamenti was not produced until ten minutes to 11. There were no other co-defendants in the visiting room during that time. Neither Mr. Badalamenti nor myself were able to get an answer as to why he was delayed in being produced.

Most respectfully,

*Phyllis A. Malgieri*
Phyllis A. Malgieri

cc:   AUSA Nicole Argentieri
      All Co-Counsel