

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:JD
F.#2011R02050

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 23, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Carol B. Amon
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Vincent Badalamenti
>      <u>Criminal Docket No. 12-050 (S-2)(CBA)</u>

Dear Chief Judge Amon:

The defendant is scheduled to be sentenced on July 25, 2012.  The government respectfully submits this letter to clarify one assertion contained in the defendant's July 11, 2012 sentencing submission.  In his submission, the defendant stated:

> "No other criminal conduct is alleged to have been committed by Mr. Badalamenti and indeed, at paragraph 26, the probation report indicates that 'the government advised that *they are not prepared to prove by preponderance of the evidence any criminal acts, charged or uncharged, committed by the defendants.*'"

(Def. Mem. at 4, fn 7)(emphasis in original).  In fact, the cited paragraph reads, in its entirety:

> "The Government advised that they are not prepared to prove by preponderance of the evidence any <u>other</u> criminal acts, charged or uncharged, committed by the defendants."

(PSR ¶ 26) (emphasis added).  This statement conforms with the terms of the plea agreement entered into between the parties, in which the government agreed to make no motion for an upward departure under the United States Sentencing Guidelines ("Guidelines" or "U.S.S.G.") based upon information then known to the government.  It is not, as Badalamenti contends, a statement

2

by the government that criminal conduct committed by Badalamenti and his co-defendants could not be proven by the government at trial.

The government respectfully submits that based upon the defendant's guilty plea and the evidence properly before the Court, the Court should impose a sentence within the applicable Guidelines range of 21 to 27 months' incarceration.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   /s/                  
Jack Dennehy
Assistant U.S. Attorney
(718) 254-6133

cc:  Clerk of the Court (CBA)
      Ronald P. Fischetti, Esq. (By ECF)
      USPO Roberta Houlton (By Hand)