

**FISCHETTI
& MALGIERI LLP**
Attorneys at Law

747 Third Avenue, 20th Floor
New York, NY 10017
212-593-7100 Tel
212-758-2809 Fax
*www.fischettilaw.com*

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

August 8, 2012

**Via ECF and Hand Delivery**

Honorable Carol B. Amon
Chief United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **United States v. Vincent Badalamenti**
             **Criminal Docket No. 12-050 (S-1)(CBA)**

Dear Chief Judge Amon:

      I am writing to follow up on my letter request, which was filed yesterday (ECF Docket #192) in which I requested a modification of the current briefing schedule concerning the supplemental information which Your Honor had requested at our last court appearance.

      Today, I received the Probation Department's Memorandum to the Court concerning Mr. Badalamenti (although I expected to receive it on Monday, August 6, 2012 – the date set by the Court. Due to the length of the report, the numerous tape recorded excerpts referenced therein, and my need to meet with my client (who is in the MDC) to review and discuss same, I reiterate my request from yesterday.

      Put simply, I respectfully request that Your Honor provide me the opportunity to respond to the Probation Department's Memorandum, by next Wednesday, August 15, 2012, which is one week from today. Since the original schedule contemplated affording us one week to reply, we request that Your Honor grant us this request so that we can properly and adequately respond to the Memorandum.

      Thank you for your consideration of this request.

Respectfully submitted,

Ronald P. Fischetti